

# NUMBER 13-25-00008-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JASON GUTIERREZ D/B/A
ONE STOP CONSTRUCTION,**                      **Appellant,**

**v.**

**J & S LAGOONS RV, LLC,**                      **Appellee.**

---

## ON APPEAL FROM THE 156TH DISTRICT COURT
## OF ARANSAS COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron
Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's motion of non-suit without prejudice. Appellant's unopposed motion of non-suit is construed by this Court as a motion to dismiss the appeal.

Having considered the motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion is granted, and the appeal is hereby dismissed. The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
6th day of March, 2025.